KOYO SEIKO CO., LTD. AND KOYO CORP. OF U.S.A., PLAINTIFFS, AND ISUZU MOTORS LTD. AND AMERICAN ISUZU MOTORS, INC., PLAINTIFF-INTERVENORS *v.* UNITED STATES, DEFENDANT, AND TIMKEN CO., DEFENDANT-INTERVENOR

Court No. 90–10–00546

(Dated November 14, 1994)

## ORDER

TSOUCALAS, *Judge:* In accordance with the decision (September 30, 1994) and mandate (October 21, 1994) of the United States Court of Appeals for the Federal Circuit, Appeal Nos. 93–1525, 93–1534, reversing and remanding this case with instructions, it is hereby

ORDERED that this case is remanded to the Department of Commerce, International Trade Administration ("Commerce") to recalculate the final dumping margin at issue after deducting direct selling expenses incurred on U.S. sales from the exporter's sales price, rather than adding those expenses to foreign market value; and it is further

ORDERED that Commerce will report the results of this remand to the Court within sixty (60) days of the entry of this order.

CHINA NATIONAL METAL PRODUCTS IMPORT AND EXPORT CORP. AND SIGMA CORP., PLAINTIFFS *v.* UNITED STATES, AND U.S. DEPARTMENT OF COMMERCE, DEFENDANTS, AND U.S. WATERWORKS FITTINGS PRODUCERS COUNCIL, ET AL., DEFENDANT-INTERVENORS

Court No. 93–09–00655

(Dated November 14, 1994)

## ORDER

GOLDBERG, Judge: Upon consideration of Plaintiffs' Consent Motion to Affirm Commerce Department's Remand Determination, and all other pleadings, papers and proceedings herein, it is hereby

ORDERED that Plaintiffs' motion be, and the same hereby is, GRANTED; and it is further

ORDERED that the Commerce Department's remand determination is AFFIRMED; and it is further

ORDERED that the Commerce Department publish an amended antidumping duty order in accordance with the results of the remand determination; and it is further

ORDERED that the appeal is DISMISSED with prejudice, with all parties bearing their own costs; and Final Judgment is entered accordingly